S

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

|  |  |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Jorge Rivera-Ramirez<br>Jose Silva-Medina<br><br>　　　　　　　Defendant. | Case No.: 22cr651-JLS<br><br>**ORDER CONTINUING MOTION HEARING DATE** |

　　　Based on the joint request of the parties, the Motion Hearing/Trial Setting is hereby continued from April 22, 2022 until June 3rd, 2022 at 1:30 PM, on the grounds that discovery remains outstanding and counsel need time to review the discovery and discuss with their clients.  Parties agree that time is properly excluded under the speedy trial clock.

　　　IT IS SO ORDERED.

Dated:  April 18, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge

-1-