# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| | |
|---|---|
| United States of America, | Case No.: 22cr651-JLS |
| Plaintiff, | |
| vs. | **ORDER CONTINUING MOTION HEARING DATE** |
| Jorge Eduardo Rivera-Ramirez (1), Jose Ramon Silva-Medina (2), | |
| Defendants. | |

Based on the joint request of the parties, the Motion Hearing/Trial Setting date is hereby continued from August 5, 2022 until September 30th, 2022 at 1:30 PM.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: August 2, 2022

Hon. Janis L. Sammartino
United States District Judge