UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JORGE RIVERA-RAMIREZ<br>JOSE SILVA-MEDINA,<br><br>Defendants. | CASE NO.:  22-CR-0651-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
|---|---|

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting currently scheduled for September 30, 2022, at 1:30 p.m., be continued to: November 2, 2022, at 1:30 p.m. Defendants shall file acknowledgements of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, the time period of September 30, 2022, to November 2, 2022, is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A).

**IT IS SO ORDERED.**

Dated:  September 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge