# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| | |
|---|---|
| United States of America, | Case No.: 22cr651-JLS |
| Plaintiff, | |
| vs. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| Jorge Eduardo Rivera-Ramirez (1), Jose Ramon Silva-Medina (2), | |
| Defendants. | |

Based on the joint request of the parties, the Motion hearing/Trial Setting is hereby continued from November 2, 2022 until November 16, 2022 at 1:30 PM. Defendants shall file acknowledgments of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: October 28, 2022

Hon. Janis L. Sammartino
United States District Judge

-1-